# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **MAIN HASTINGS, LLC,** | ) |
| *Plaintiff*, | ) |
| | ) Case No. 2:10-cv-482-TJW |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| **LEAPFROG ENTERPRISES, INC.,** | ) |
| *Defendant*. | ) |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Matthew P. Gubiotti, enters his appearance in this matter for Defendant Leapfrog Enterprises, Inc., for the purpose of receiving notices and orders from the Court.

Dated:   December 3, 2010

| | |
|---|---|
| | By:   */s/ Matthew P. Gubiotti* <br> Matthew P. Gubiotti (CA SBN 241833) <br><br> Thomas J. Friel, Jr. <br> Cooley LLP <br> 3000 El Camino Real <br> Five Palo Alto Square, Suite 400 <br> Palo Alto, CA 94305-2155 <br> (650) 843-5000 <br> mgubiotti@cooley.com <br> tfriel@cooley.com <br><br> Attorneys for Defendant LEAPFROG ENTERPRISES, INC. |

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing **NOTICE OF APPEARANCE** was served on all counsel who are deemed to have consented to electronic service.  [Local  Rule CV-5(a)(3)(A).] Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing document by facsimile and/or U.S. First Class Mail on December 3, 2010.

Dated:  December 3, 2010            /s/   *Matthew P. Gubiotti*

900931 v1/HN